1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE CABN (150630)
3   Chief, Criminal Division

4   GRANT P. FONDO (CABN 181530)
    Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5035
7       FAX: (408) 535-5035

8   Attorneys for Plaintiff

9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   No.  CR 11-00422 LHK
                                       )
15         Plaintiff,                  )   STIPULATION AND [PROPOSED]
        v.                             )   ORDER TO CONTINUE SENTENCING
16                                     )   DATE TO APRIL 24, 2013
    GURINDER KIREN MAND,               )
17                                     )
           Defendant.                  )
18  _____   )

19      The parties, the United States of America, by and through Assistant United States Attorney

20  Grant Fondo, and defendant Gurinder Mand, through her attorney Roni Rotholz, request the

21  rescheduling of defendant's sentencing from April 3, to April 24, 2013, at 9:00 a.m.  Due to an

22  administrative error, information was not provided to Probation in a timely manner. Further,

23  defendant requests additional time to submit information to Probation.  Therefore, the parties

24  request and stipulate that defendant's sentencing hearing be rescheduled to April 24, 2013, at

25  ///

26  ///

27  ///

28  ///

*US v. Mand*, CR 11-00422 LHK
Stip. and [Proposed] Order re Sentencing

1    9:00 a.m., or other date convenient for the Court.  The United States has spoken to the Probation

2    Officer assigned to this case, and he is available on this date.

3

4    DATED: February 14, 2013                    MELINDA HAAG (CABN 132612)
                                                 United States Attorney
5

6                                                         /s/

7                                                _____
                                                 GRANT P. FONDO
                                                 Assistant United States Attorney
8

9                                                         /s/

10                                               _____
                                                 RONI ROTHOLZ
                                                 Counsel for Defendant
11

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

*US v. Mand*, CR 11-00422 LHK
Stip. and [~~Proposed~~] Order re Sentencing

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the defendant's sentencing hearing in the above-entitled matter is continued to April 24, 2013, at 9:00 a.m., ~~and that this application and order be maintained under seal.~~

IT IS SO ORDERED.

DATED:    2/28/13

_Lucy H. Koh_
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

*US v. Mand*, CR 11-00422 LHK
Stip. and [~~Proposed~~] Order re Sentencing