Roni Rotholz, Esq. (SBN 092448)
LAW OFFICES OF RONI ROTHOLZ
1870 Olympic Blvd., Suite 120
Walnut Creek, CA 94596

Telephone:  (925) 932-0193
Facsimile:   (925) 939-8434
E-mail:  rrotholz@aol.com

Attorney Kiren Mand, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br><br>EDWARD G. KLUJ (Deceased); GURINDER KIREN MAND,<br><br>  Defendants. | Case No.:  CR 11-00422-01 LHK<br><br>UNOPPOSED MOTION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE TO JUNE 5, 2013 |

TO THE COURT AND THE ASSISTANT U. S. ATTORNEY:

COMES NOW DEFENDANT, Gurinder Kiren Mand, through her attorney Roni Rotholz, and respectfully requests the rescheduling of defendant's sentencing hearing from April 24, 2013, to June 5, 2013, at 9:00 a.m.  This rescheduling is unopposed by both the Assistant U. S. Attorney, Grant P. Fondo (408) 535-5035 and the U. S. Probation Officer, Benjamin Flores (408) 535-5213.

The instant request is due to the misunderstanding of the probation department's time requirements for them to process the case.  That issue has now been resolved.

| | | |
|---|---|---|
| 1 | | |
| 2 | Respectfully Submitted, | LAW OFFICE OF RONI ROTHOLZ |
| 3 | | */s/ Roni Rotholz* |
| 4 | Dated: <u>April 15, 2013</u> | _____ |
| | | Roni Rotholz, attorney for defendant Mand |

IT IS SO ORDERED:
4/16/13

*Lucy H. Koh*

UNITED STATES DISTRICT JUDGE